# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| HH LIQUIDATION, LLC, *et al.*,[1] | Case No. 15-11874 (KG) |
| Debtors. | (Jointly Administered |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS on behalf of the bankruptcy estate of HH LIQUIDATION, LLC, et al., | |
| Plaintiff, | |
| v. | Adv. Pro. No. See <u>Exhibit A</u> |
| CERTAIN DEFENDANTS LISTED ON <u>EXHIBIT A</u>, | |
| Defendants. | |

# NOTICE AGENDA OF MATTERS SCHEDULED
# FOR HEARING ON JANUARY 23, 2018, AT 2:00 P.M. (ET)

## RESOLVED/ADJOURNED MATTERS

1. Motion of the United Food & Commercial Workers Unions and Food Employers Benefit Fund for Allowance and Payment of Administrative Expense Claim Pursuant to Section 503(b) [D.I. 2579; 2/8/17]

    Related Documents:

    A. Agreed Scheduling Order [D.I. 3142; 9/13/17]

    B. Certification of Counsel Regarding Agreed Scheduling Order [D.I. 3382; 12/29/17]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: HH Liquidation, LLC (f/k/a Haggen Holdings, LLC) (7558), HH Operations, LLC (f/k/a Haggen Operations Holdings, LLC) (6341), HH Opco South, LLC (f/k/a Haggen Opco South, LLC) (7257), HH Opco North, LLC (f/k/a Haggen Opco North, LLC) (5028), HH Acquisition, LLC (f/k/a Haggen Acquisition, LLC) (7687), and HH Legacy, Inc. (f/k/a Haggen, Inc.) (4583). The mailing address for each of the Debtors is 26895 Aliso Creek Road, Suite B-1003, Aliso Viejo, California 92656.

      C.    Order Approving Stipulation Between Debtors and United Food & Commercial Workers Unions and Food Employers Benefit Fund [D.I. 3387; 1/2/18]

Response Deadline:    March 2, 2017 at 4:00 p.m. (ET); Extended to September 20, 2017 at 4:00 p.m. (ET) for Debtors

Responses Received:

      D.    Debtors' Objection to the Motion of the United Food & Commercial Workers Unions and Food Employers Benefit Fund for Allowance and Payment of Administrative Expense Claim Pursuant to Section 503(b) [D.I. 3155; 9/20/17]

      E.    Reply of the United Food & Commercial Workers Unions and Food Employers Benefit Fund in Support of Motion for Allowance and Payment of Administrative Expense Claim Pursuant to Section 503(b) [D.I. 3200; 10/11/17]

Status:    The hearing to address unresolved aspects of the proposed discovery and final hearing schedule, as set forth in the Agreed Scheduling Order, is adjourned to a date to be determined.

2.    Motion of the Southern California United Food & Commercial Workers Unions and Food Employers Joint Pension Trust Fund for Allowance and Payment of Administrative Expense Claim Pursuant to Section 503(b) [D.I. 2580; 2/8/17]

    Related Documents:

      A.    Agreed Scheduling Order [D.I. 3142; 9/13/17]

      B.    Certification of Counsel Regarding Agreed Scheduling Order [D.I. 3382; 12/29/17]

      C.    Order Approving Stipulation Between Debtors and Southern California United Food & Commercial Workers Unions and Food Employers Joint Pension Trust Fund [D.I. 3386; 1/2/18]

Response Deadline:    March 2, 2017 at 4:00 p.m. (ET); Extended to September 20, 2017 at 4:00 p.m. (ET) for Debtors

Responses Received:

      D.    Debtors' Objection to the Motion of the Southern California United Food & Commercial Workers Unions and Food Employers Joint Pension Trust Fund for Allowance and Payment of Administrative Expense Claim Pursuant to Section 503(b) [D.I. 3156; 9/20/17]

  E.  Reply of the Southern California United Food & Commercial Workers Unions and Food Employers Joint Pension Trust Fund in Support of Motion for Allowance and Payment of Administrative Expense Claim Pursuant to Section 503(b) [D.I. 3201; 10/11/17]

 Status:  The hearing to address unresolved aspects of the proposed discovery and final hearing schedule, as set forth in the Agreed Scheduling Order, is adjourned to a date to be determined.

3. Debtors' Eighteenth (18th) Omnibus (Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [D.I. 3308; 11/21/17]

 Related Documents:

  A.  Notice of Withdrawal of Claim No. 1900 of Ventura County Tax Collector [D.I. 3323; 12/1/17]

  B.  Notice of Submission of Claims [D.I. 3332; 12/7/17]

  C.  Declaration of Robert Durgan in Support of Response of ZIAN Limited Partnership to Debtors' Eighteenth (18th) Omnibus (Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [D.I. 3334; 12/7/17]

  D.  Order Sustaining Debtors' Eighteenth (18th) Omnibus (Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [D.I. 3361; 12/18/17]

  E.  Second (2nd) Order Sustaining Debtors' Eighteenth (18th) Omnibus (Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [D.I. 3388; 1/2/18]

 Response Deadline:  December 8, 2017 at 4:00 p.m. (ET)

 Responses Received:

  F.  Response of ZIAN Limited Partnership to Debtors' Eighteenth (18th) Omnibus (Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [D.I. 3333; 12/7/17]

 Status:  Orders have been entered by the Court.  No hearing is required.

4.     Motion of the Official Committee of Unsecured Creditors for Approval of Settlement Agreement Between the Committee, Spirit SPE HG 2015-1, LLC, and Spirit Master Fund IV, LLC [D.I. 3330; 12/5/17]

    Related Documents:

        A.     Certificate of No Objection [D.I. 3347; 12/13/17]

        B.     Seventh Order, Pursuant to Bankruptcy Rules 9006 and 9027, Extending the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 [D.I. 3351; 12/13/17]

    Response Deadline:     December 22, 2017 at 4:00 p.m. (ET); Extended to a date to be determined for Debtors and Defendants Comvest Group Holdings, LLC, Comvest Investment Partners III, L.P., Comvest Investment Partners IV, L.P., Comvest Haggen Holdings III, LLC, Comvest Haggen Holdings IV, LLC, Comvest Advisors, LLC, Haggen Property Holdings, LLC, Haggen Property South LLC, Haggen Property North, LLC, Haggen Property Holdings II, LLC, and Haggen SLB, LLC, and John Caple, Cecilio Rodriguez, Michael Niegsch, John Clougher, Blake Barnett, William Shaner, and Derrick Anderson (collectively, the "Defendants")

    Responses Received:     None

    Status:     This matter is adjourned to a date to be determined.

**MATTER WITH CERTIFICATION**

5.     Ninth Quarterly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Official Committee of Unsecured Creditors, for the Period from September 1, 2017 through November 30, 2017 [D.I. 3369; 12/21/17]

    Related Documents:

        A.     Certificate of No Objection [D.I. 3408; 1/16/18]

        B.     Proposed Order

    Response Deadline:     January 10, 2018 at 4:00 p.m. (ET)

    Responses Received:     None

Status: A certificate of no objection has been filed with the Court. No hearing is required.

**MATTERS GOING FORWARD**

6. Seventh Interim Application of Zolfo Cooper, LLC, Bankruptcy Consultant and Financial Advisors to the Official Committee of Unsecured Creditors for Allowance of Interim Compensation for Services Rendered and for Reimbursement of Expenses for the Period September 1, 2017 through November 30, 2017 [D.I. 3391; 1/2/18]

    Related Documents: None

    Response Deadline: January 22, 2018 at 4:00 p.m. (ET)

    Responses Received: None

    Status: This matter is going forward.

7. Pretrial Initial Scheduling Conference for Certain Adversary Cases Listed on Exhibit A

    Related Documents: N/A

    Response Deadline: N/A

    Responses Received: N/A

    Status: A pretrial initial scheduling conference for certain of the preference adversary cases listed on Exhibit A is going forward. Exhibit A lists the preference adversary cases that are open or have been settled, subject to documentation. The Committee, as plaintiff in the preference adversary cases, will present to the Court at the hearing the proposed form of scheduling order attached as Exhibit B.

Dated: January 19, 2018
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Ian J. Bambrick*
Matthew B. Lunn (No. 4119)
Robert F. Poppiti, Jr. (No. 5052)
Ian J. Bambrick (No. 5455)
Ashley E. Jacobs (No. 5635)
Rodney Square, 1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1256

-and-

STROOCK & STROOCK & LAVAN LLP
Frank A. Merola (admitted *pro hac vice*)
Sayan Bhattacharyya (admitted *pro hac vice*)
Elizabeth Taveras (admitted *pro hac vice*)
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

*COUNSEL TO THE DEBTORS*
*AND DEBTORS-IN-POSSESSION*